## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| GREGGORY BECKOM, § § | |
| Plaintiff, § § § | CIVIL ACTION NO.  5:19-CV-00146-RWS |
| v. § § | |
| BOWIE COUNTY DISTRICT COURT, § § § | |
| Defendant. § | |

### ORDER

Plaintiff Greggory Beckom, an inmate proceeding *pro se*, filed the above-styled and numbered civil action complaining of alleged violations of his constitutional rights.  The case was referred to the United States Magistrate Judge.

Plaintiff sued the state district court in Bowie County, Texas complaining he has been falsely imprisoned.  The Magistrate Judge issued a Report recommending the lawsuit be dismissed because state district courts are not suable entities and would be protected by judicial immunity in any event. Docket No. 3.  A copy of this Report was sent to Plaintiff at his last known address, return receipt requested, but was returned because Plaintiff is no longer there.  No change of address has been filed.  Because no objections have been received, Plaintiff is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error,  from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017).

Nonetheless, the Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge.  Upon such review, the Court has determined the Report of the Magistrate Judge

is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). It is accordingly

**ORDERED** that the Report of the Magistrate Judge (Docket No. 3) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITH PREJUDICE** for purposes of proceeding *in forma pauperis* for failure to state a claim upon which relief may be granted. It is further

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**SIGNED** this 1st day of March, 2021.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE